**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 623-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO OFFICE

| | |
|---|---|
| **DEONA MENDOZA,** ) | Case No. CV 09 2967 C~~W~~  EMC |
| Plaintiff ) | |
|       vs. ) | **NOTICE OF SETTLEMENT** |
| ) | ORDER RESETTING CASE MANAGEMENT |
| **MANN BRACKEN, LLP AND** ) | CONFERENCE FROM 11/4/09 TO 1/6/10 |
| **BANK OF AMERICA** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 28th day of October, 2009

                            By: s/Todd M. Friedman
                               Todd M. Friedman, Esq. SBN 216752
                               Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 28th day of October, 2009, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Claudia Wilken
United States District Court
Northern District of California

Harold R. Jones
Severson & Werson
One Emcarcadero Center, Suite 2600
San Francisco, CA 94111

Birgit Stuart
Law Offices of Ronald S. Canter
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

This 28th day of October, 2009.

s/Todd M. Friedman
Todd M. Friedman

IT IS SO ORDERED that the case management conference set for 11/4/09 is reset for 1/6/10 at 1:30 p.m. A joint cmc statement shall be filed by 12/30/09.

_____
EDWARD M. CHEN
U.S. MAGISTRATE J.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]