# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DEONA MENDOZA**, ) Case No. **CV 09 2967** ~~CW~~ EMC
)
Plaintiff, ) **ORDER**
)
vs. )
)
**BANK OF AMERICA CORPORATION,** )
)
Defendant )

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 14th day of December, 2009.



~~Claudia Wilken~~ Edward M. Chen

Order to Dismiss - 1