# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEONA MENDOZA**, | ) Case No. **CV 09 2967** ~~CW~~  EMC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **BANK OF AMERICA CORPORATION,** | ) |
| Defendant | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 14th day of December, 2009.



~~Claudia Wilken~~  Edward M. Chen