TODD M. FRIEDMAN (216752)
THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 623-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

BIRGIT DACHTERA STUART (154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone (301) 770-7490
Facsimile (301) 770-7493
E-Mail: bstuart@roncanterllc.com

Attorney for Defendant
Mann Bracken, L.L.P.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONA MENDOZA<br><br>Plaintiff,<br><br>vs.<br><br>MANN BRACKEN, L.L.P.<br><br>Defendant | Case No.: CV-09-2967<br><br>**STIPULATION AND [P~~R~~OPOSED] ORDER TO WAIVE HEARING ON THE *UNOPPOSED* MOTION BY BIRGIT DACHTERA STUART TO WITHDRAW AS COUNSEL WITH THE CONSENT OF THE CLIENT, MANN BRACKEN, LLP**<br><br>**Date: March 10, 2010**<br>**Time: 3:00 p.m.**<br>**Location: Courtroom C, 15th Floor**<br>**Judge: Edward Chen** |

NOW COME COUNSEL FOR THE PARTIES, Birgit D. Stuart and Todd M. Friedman, who pursuant to the Honorable Edward M. Chen's Standing Orders, stipulate and respectfully request that hearing on the unopposed Motion by Birgit D. Stuart to Withdraw as Counsel with the consent of the client, Mann Bracken, LLP be waived and that no appearances be required.

GOOD CAUSE exists to waive hearing on this motion in that:

1. The motion is unopposed;

2. Mann Bracken, LLP and Plaintiff, Deona Mendoza, through her counsel, have consented to Ms. Stuart's withdrawal

Respectfully submitted this 4th day of March, 2010.

By:   /s/
Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 623-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

By:   /s/
Birgit Dachtera Stuart (SBN 154621)
Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone (301) 770-7490
Facsimile (301) 770-7493
bstuart@roncanterllc.com
Attorney for Defendant Mann Bracken, L.L.P.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.    Court will call all parties at around 3:00 p.m. on 3/10/10.

2

3

4

5    Date: __3/9/10_____    _____

6                   Honorable Edward Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER TO WAIVE HEARING ON THE *UNOPPOSED* MOTION