BIRGIT DACHTERA STUART (154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone (301) 770-7490
Facsimile (301) 770-7493
E-Mail: bstuart@roncanterllc.com

Attorney for Defendant
Mann Bracken, L.L.P.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONA MENDOZA<br><br>Plaintiff,<br><br>vs.<br><br>MANN BRACKEN, L.L.P.<br><br>Defendant | Case No.: CV-09-2967<br><br>[PROPOSED] ORDER PERMITTING THE MOTION TO WITHDRAWAL OF BIRGIT DACHTERA STUART AND THE LAW OFFICES OF RONALD S. CANTER, LLC'S AS COUNSEL FOR DEFENDANT MANN BRACKEN, L.L.P.<br><br>Date: March 31, 2010<br>Time: 3:00 p.m.<br>Judge: Edward Chen |

THIS MATTER is before the Court on the unopposed motion of Birgit Dachtera Stuart and The Law Offices of Ronald S. Canter, LLC ("collectively Counsel") for leave to withdraw as counsel of record for Defendant Mann Bracken, L.L.P.

GOOD CAUSE APPEARING, it hereby order that:

1. Counsel's motion for leave to withdraw is granted;

2. ~~All papers shall be served on the Clerk of Court until an appearance of counsel for Mann Bracken, L.L.P. is filed~~ THE HEARING ON T'IS MOTION TO ENFORCE THE SETTLEMENT IS VACATED. BY 3/24/10, THE PARTIES SHALL FILE A STATUS UPDATE RE THE DISPUTE BETWEEN THE PARTIES.

IT IS SO ORDERED, this 4TH day of March, 2010.

_____
Edward Chen, U.S. ~~District~~ Judge
MAGISTRATE

1

[PROPOSED] ORDER PERMITTING THE UNOPPOSED MOTION TO WITHDRAW OF BIRGIT DACHTERA STUART AND THE LAW OFFICES OF RONALD S. CANTER, LLC'S AS COUNSEL FOR DEFENDANT MANN BRACKEN, L.L.P.