Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONA MENDOZA, | Case No. CV 09 2967 ~~CW~~ EMC |
| Plaintiff | STATUS REPORT ; ORDER |
| vs. | |
| MANN BRACKEN, LLP, | |
| Defendant. | |

NOW COMES THE PLAINTIFF, by and through her attorney, on behalf of both parties to respectfully notify this Honorable Court the status of this case. The parties have agreed to execute a settlement agreement and release and file a Stipulation for Judgment and Dismissal and Order regarding Conditional Settlement. Plaintiff requests that this Honorable Court allow sixty (60) days for the parties to file their Stipulation for Judgment. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 30th day of March, 2010

By: s/Todd M. Friedman
Todd M. Friedman, Esq. SBN 216752
Attorney for Plaintiff

IT IS SO ORDERED that parties shall file a Stipulation for Judgment and Dismissal within 60 days. As a control date, a Status Conference is set for June 16, 2010 at 2:30 p.m. and an updated Joint Status Statement shall be filed by June 9, 2010. Said hearing will be vacated once the dismissal is filed.

_____
Edward M. Chen
U.S. Magistrate J.

Status Report - 1

Filed electronically on this 30th day of March, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Edward M. Chen
United States District Court
Northern District of California

A copy mailed on this 30th day of March, 2010 to:

James A. Hoffman, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900
Bethesda, MD 20814


Cheryl E. Rose, Receiver
12154 Darnestown Road
Box 623
Gaithersburg, MD 20878


This 30th day of March, 2010

s/Todd M. Friedman
Todd M. Friedman